■ FIRST NATIONAL BANK OF EAST HAMPTON, Appellant, v SAMUEL T. DI GATE, Respondent, et al., Defendant.—Order of the Supreme Court, Suffolk County, dated July 18, 1978, affirmed. No opinion. Appeal from a further order of the same court, dated September 28, 1978, dismissed. No appeal lies from an order denying reargument. Respondent is awarded one bill of $50 costs and disbursements. Gulotta, J. P., Shapiro, Cohalan and Margett, JJ., concur.